# First District Court of Appeal
# State of Florida

_____

No. 1D18-2197

_____

JASON BRADLEY SIMS,

    Appellant,

v.

U.S. BANK, N.A.,

    Appellee.

_____

On appeal from the Circuit Court for Bay County.
James B. Fensom, Judge.

November 21, 2018

PER CURIAM.

    DISMISSED.

LEWIS, WETHERELL, and MAKAR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Jason Bradley Sims, pro se, Appellant.

David Rosenberg of Robertson, Anschutz & Schneid, P.L., Boca Raton, for Appellee.